UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS VILLEGAS**<br><br>    Plaintiff,<br><br>    v.<br><br>**KI HO YANG;**<br>**KEUM JA YANG;**<br>**YOUNG & MI CORPORATION, a California Corporation**; and Does 1-10,<br><br>    Defendants. | Case No. 2:14-CV-07011-JAK-MRW<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF STIPULATED JUDGMENT (DKT. 22)**<br>JS-6 |

GOOD CAUSE SHOWN, Judgment is entered against all Defendants and in favor of Plaintiff, in the amount of $3,445.75.

Date: June 9, 2017

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE

1